UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: BASSAM YOUSIF KEJBO

        Petitioner.

Case No. 2:10-mc-50308

Hon. George Caram Steeh

_____/

## **ORDER**

Petitioner Bassam Yousif Kejbo filed this action on March 8, 2010. The petition asks this court to change the date of birth on his certificate of citizenship. Proper service was executed on the Detroit Office of the United States Citizenship and Immigration Services. The government failed to respond to the petition.

Petitioner's request changes the date of birth from October 5, 1969 to July 27, 1969, a difference of just over two months. There is nothing in the record to raise the suggestion that this is anything more than a mere oversight or mistake on Kejbo's certificate of citizenship. The lack of a response by the government gives this court no reason to doubt the July 27, 1969 date of birth indicated on Kejbo's certificate of birth from Iraq. Although the government may not have the administrative power to change the date of birth on the petitioner's certificate of citizenship, the court has the power to order the amendment. See Chong Soo Pyung v. Jarina, 2009 U.S. Dist. LEXIS 49209, at *4-5 (W.D. Tenn. 2009); Hussain v. United States Citizenship and Immigration Services, 541 F.Supp.2d 1082, 1085 (D. Minn. 2008); Zhang v. United States Department of Homeland Security, 2007 U.S. Dist. LEXIS 53854, at *2 (N.D.N.Y. 2007).

Accordingly, IT IS HEREBY ORDERED that the petition is GRANTED. The

government shall promptly issue an amended certificate of citizenship to petitioner that reflects the correct July 27, 1969 date of birth.

Dated: April 8, 2010

                                 S/George Caram Steeh
                                 GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 8, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

IN RE: BASSAM YOUSIF KEJBO
                                                                                Case No. 2:10-mc-50308

                   Petitioner.

                                                                  Hon. George Caram Steeh

_____/

## **ORDER**

      Petitioner Bassam Yousif Kejbo filed this action on March 8, 2010. The petition asks this court to change the date of birth on his certificate of citizenship. Proper service was executed on the Detroit Office of the United States Citizenship and Immigration Services. The government failed to respond to the petition.

      Petitioner's request changes the date of birth from October 5, 1969 to July 27, 1969, a difference of just over two months. There is nothing in the record to raise the suggestion that this is anything more than a mere oversight or mistake on Kejbo's certificate of citizenship. The lack of a response by the government gives this court no reason to doubt the July 27, 1969 date of birth indicated on Kejbo's certificate of birth from Iraq. Although the government may not have the administrative power to change the date of birth on the petitioner's certificate of citizenship, the court has the power to order the amendment. See Chong Soo Pyung v. Jarina, 2009 U.S. Dist. LEXIS 49209, at *4-5 (W.D. Tenn. 2009); Hussain v. United States Citizenship and Immigration Services, 541 F.Supp.2d 1082, 1085 (D. Minn. 2008); Zhang v. United States Department of Homeland Security, 2007 U.S. Dist. LEXIS 53854, at *2 (N.D.N.Y. 2007).

      Accordingly, IT IS HEREBY ORDERED that the petition is GRANTED. The

government shall promptly issue an amended certificate of citizenship to petitioner that reflects the correct July 27, 1969 date of birth.

Dated: April 8, 2010

                                 S/George Caram Steeh
                                 GEORGE CARAM STEEH
                                 UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 8, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk